IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DASHOTTA/DATRAN LION/JONES                                                                PLAINTIFF

v.                                              Case No. 6:21-cv-06090

DR. JOHN DOE and WARDEN WATSON                                                     DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed March 14, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 38). Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se*. Judge Bryant recommended that Defendant Dr. John Doe be dismissed as a party in this case since Plaintiff did not identify him by the deadline of October 5, 2021. Since Defendant Watson was added only for the purpose of serving this case, Judge Bryant stated that the Motion for Summary Judgment (ECF No. 30) was improvidently filed and recommended that it be denied as moot. It was further recommended that Defendant Watson be dismissed as a party in this case. Since there are no further Defendants remaining in this case, and the deadline to add any additional Defendants was October 5, 2021, it was recommended that Plaintiff's Complaint be dismissed without prejudice.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*. Accordingly, it is **ORDERED** that Plaintiff's Amended Complaint (ECF No. 7) is **DISMISSED WITHOUT PREJUDICE**. Further, Defendant Watson's Motion for Summary Judgement (ECF No. 30) is **MOOT**.

IT IS SO ORDERED this 4th day of April 2022.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**

1